## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BERNARD PIERSON,** ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | **CIVIL ACTION 15-0621-KD-C** |
| ) | |
| **RANDY MCCLAIN, et al.,** ) | |
|         **Defendants.** ) | |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 27, 2016, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this **7**th day of **March 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**