**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **BERNARD PIERSON,** )<br>**Plaintiff** )<br> )<br>vs. )<br> )<br>**RANDY MCCLAIN, et al.,** )<br>  **Defendants.** ) | **CIVIL ACTION 15-0621-KD-C** |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED without prejudice**.

**DONE** and **ORDERED** this **7**th day of **March 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**